IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WILLIAM BARRY WALSH | § | |
| XXX-XX-6959 | § | JOINTLY ADMINISTERED |
| SHEILA DAVINA WALSH | § | CASE NO. 14-41189-BTR-11 |
| XXX-XX-2075 | § | |
| 5 ARMSTRONG DRIVE | § | |
| FRISCO, TX 75034 | § | |
| | § | |
| Debtors | § | |

**ORDER GRANTING JOINT APPLICATION FOR PROVISIONAL CLOSING OF CHAPTER 11 CASE FOR INDIVIDUAL DEBTORS WILLIAM AND SHEILA WALSH**

Came on for consideration the Joint Application for Provisional Closing of Chapter 11 Case for Individual Debtors (the "Application") filed by William Walsh and Sheila Walsh, Debtors in the above referenced bankruptcy proceedings. The Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. §1334 and 157, and that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The Court further finds that the Debtors filed and served the

1

Application on or before December 2, 2015, and that no objections to the Application have been filed.  Accordingly, the Court finds that just cause exists for entry of the following order.

It is therefore ORDERED, ADJUDGED and DECREED that the above referenced jointly administered Chapter 11 cases are PROVISIONALLY CLOSED subject to the anticipated re-opening upon completion of all payments required to be made under the confirmed Chapter 11 plan, Debtors' separate Notice of Plan Completion and accompanying sworn statements.

It is further ORDERED, ADJUDGED and DECREED that William Walsh and Sheila Walsh shall pay any outstanding U.S. Trustee fees and file any outstanding quarterly operating reports within 30 days from the date of entry of this Order.

### End of Order ###

PREPARED BY:

Respectfully submitted,


By: */s/ Areya Holder Aurzada*
Areya Holder Aurzada
State Bar No. 24002303
HOLDER LAW
800 W Airport Freeway, Suite 800
Irving, Texas 75062
Telephone: (972) 438-8800
Telecopier: (972) 438-8825
areya@holderlawpc.com